UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:16-bk-06371-KSJ

IN RE:

NORRIS MATTHEWS,

    Debtor(s).
_____/

## NOTICE OF FILING

COMES NOW, the Debtor, Norris Matthews, and would file the attached Amended Schedule I, Amended Schedule J, Amended Summary of Your Assets and Liabilities and Certain Statistical Information, Statement of Intention for Individuals Filing Under Chapter 7, and Chapter 7 Statement of Your Current Monthly Income.

## DECLARATION OF DEBTOR

I hereby declare under penalty of perjury that the information contained in the attached Amended Schedule I, Amended Schedule J, Amended Summary of Your Assets and Liabilities and Certain Statistical Information, Statement of Intention for Individuals Filing Under Chapter 7, and Chapter 7 Statement of Your Current Monthly Income are true and correct to the best of my information and belief.

Date: 12/02/2016

                                                Norris Matthews

### Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Norris** _____ **Matthews** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** | |
| Case number (if known) | **6:16-bk-06371-KSJ** | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income                                             12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | **Public Works** | |
| Employer's name | **City of Lake Mary** | |
| Employer's address | Number  Street | Number  Street |
| | City   State   Zip Code | City   State   Zip Code |
| How long employed there? | **16 years** | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $4,259.23 | |
| 3. | Estimate and list monthly overtime pay. | 3. + $0.00 | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $4,259.23 | |

| Debtor 1 | Norris | | Matthews | | Case number (if known) | 6:16-bk-06371-KSJ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ................................................... → | 4. | $4,259.23 | |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $778.59 | |
| | 5b. Mandatory contributions for retirement plans | 5b. | $31.90 | |
| | 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | |
| | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | |
| | 5e. Insurance | 5e. | $124.46 | |
| | 5f. Domestic support obligations | 5f. | $0.00 | |
| | 5g. Union dues | 5g. | $0.00 | |
| | 5h. Other deductions. Specify: _____ | 5h.+ | $0.00 | |
| 6. | Add the payroll deductions.   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $934.95 | |
| 7. | Calculate total monthly take-home pay.   Subtract line 6 from line 4. | 7. | $3,324.28 | |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b. Interest and dividends | 8b. | $0.00 | |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d. Unemployment compensation | 8d. | $0.00 | |
| | 8e. Social Security | 8e. | $0.00 | |
| | 8f. Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | |
| | 8g. Pension or retirement income | 8g. | $0.00 | |
| | 8h. Other monthly income. Specify: _____ | 8h.+ | $0.00 | |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $3,324.28 + _____ = | $3,324.28 |
| 11. | State all other regular contributions to the expenses that you list in Schedule J. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. | | | |
| | Specify: _____ | | 11. + | $0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | | 12. | $3,324.28  Combined monthly income |
| 13. | Do you expect an increase or decrease within the year after you file this form? | | | |

☑ No.   None.
☐ Yes. Explain:

Official Form 106I                                Schedule I: Your Income                                page 2

Debtor 1  __Norris_____  __Matthews_____  Case number (if known) __6:16-bk-06371-KSJ__
          First Name      Middle Name    Last Name

1. **Additional Employers**  __Debtor 1__                                      __Debtor 2 or non-filing spouse__

   Occupation            __Public Works_____         _____
   Employer's name       __City of Deltona_____         _____
   Employer's address    _____         _____
                         _____         _____
                         _____         _____
                         City           State  Zip Code        City           State  Zip Code

   How long employed there?  _____                _____

Official Form 106I          Schedule I: Your Income                                    page 3

**Fill in this information to identify your case:**

Debtor 1: __Norris__ _____ __Matthews__
           First Name    Middle Name    Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known): __6:16-bk-06371-KSJ__

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

    ☑ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. Do you have dependents?     ☑ No
    Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..................

    Do not state the dependents' names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | _____ | _____ | ☐ No  ☐ Yes |
    | _____ | _____ | ☐ No  ☐ Yes |
    | _____ | _____ | ☐ No  ☐ Yes |
    | _____ | _____ | ☐ No  ☐ Yes |
    | _____ | _____ | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?     ☑ No    ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

                                                                Your expenses

4. The rental or home ownership expenses for your residence.      4.    $1,024.00
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a. Real estate taxes      4a. _____

   4b. Property, homeowner's, or renter's insurance      4b. _____

   4c. Home maintenance, repair, and upkeep expenses      4c. _____

   4d. Homeowner's association or condominium dues      4d. _____

Debtor 1  **Norris** _____ **Matthews** _____   Case number (if known)  **6:16-bk-06371-KSJ**
         First Name        Middle Name        Last Name

                                                                              Your expenses

5. Additional mortgage payments for your residence, such as home equity loans     5.  _____

6. Utilities:
   6a. Electricity, heat, natural gas                                              6a.  $175.00
   6b. Water, sewer, garbage collection                                            6b.  $20.00
   6c. Telephone, cell phone, Internet, satellite, and cable services              6c.  $243.00
   6d. Other. Specify: _____                             6d.  _____

7. Food and housekeeping supplies                                                  7.  $250.00

8. Childcare and children's education costs                                        8.  _____

9. Clothing, laundry, and dry cleaning                                             9.  $50.00

10. Personal care products and services                                            10.  $80.00

11. Medical and dental expenses                                                    11.  $50.00

12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments.   12.  $40.00

13. Entertainment, clubs, recreation, newspapers, magazines, and books             13.  $100.00

14. Charitable contributions and religious donations                               14.  _____

15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                                            15a.  _____
    15b. Health insurance                                                          15b.  _____
    15c. Vehicle insurance                                                         15c.  $175.00
    15d. Other insurance. Specify: _____                 15d.  _____

16. Taxes.   Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                       16.  _____

17. Installment or lease payments:
    17a. Car payments for Vehicle 1   **FCCU**                                     17a.  $1,209.00
    17b. Car payments for Vehicle 2   **Santander**                                17b.  $136.00
    17c. Other. Specify: _____                           17c.  _____
    17d. Other. Specify: _____                           17d.  _____

18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).   18.  _____

19. Other payments you make to support others who do not live with you.
    Specify: _____                                       19.  _____

Debtor 1  __Norris_____  ___**Matthews**_____  Case number (if known) __**6:16-bk-06371-KSJ**__
          First Name      Middle Name    Last Name

20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.

    20a. Mortgages on other property                          20a. _____

    20b. Real estate taxes                                    20b. _____

    20c. Property, homeowner's, or renter's insurance         20c. _____

    20d. Maintenance, repair, and upkeep expenses             20d. _____

    20e. Homeowner's association or condominium dues          20e. _____

21. Other. Specify: _____  21. +_____

22. Calculate your monthly expenses.

    22a. Add lines 4 through 21.                              22a. | __$3,552.00__ |

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b. _____

    22c. Add line 22a and 22b. The result is your monthly expenses.   22c. | __$3,552.00__ |

23. Calculate your monthly net income.

    23a. Copy line 12 (your combined monthly income) from Schedule I.   23a. __$3,324.28__

    23b. Copy your monthly expenses from line 22c above.      23b. – __$3,552.00__

    23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income.   23c. | __($227.72)__ |

24. Do you expect an increase or decrease in your expenses within the year after you file this form?

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes. Explain here:
           **None.**

Official Form 106J                  Schedule J: Your Expenses                        page 3

**Fill in this information to identify your case:**

Debtor 1    __Norris_____ __Matthews_____
            First Name          Middle Name          Last Name

Debtor 2    _____
(Spouse, if filing) First Name  Middle Name          Last Name

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number    __6:16-bk-06371-KSJ__
(if known)

☑ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

|   | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
|    | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................................ | $95,000.00 |
|    | 1b. Copy line 62, Total personal property, from Schedule A/B..................................................................... | $110,165.00 |
|    | 1c. Copy line 63, Total of all property on Schedule A/B............................................................................... | **$205,165.00** |

### Part 2: Summarize Your Liabilities

|   | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
|    | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | $134,933.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
|    | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F......................... | $0.00 |
|    | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............... + | $2,874.00 |
|    | Your total liabilities | **$137,807.00** |

### Part 3: Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.................................................. | $3,324.28 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J......................................................... | $3,552.00 |

Debtor 1   <u>Norris</u>            <u>Matthews</u>                Case number (if known) <u>6:16-bk-06371-KSJ</u>
           First Name  Middle Name  Last Name

## Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. What kind of debt do you have?

   ☒ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.    **$1,717.73**

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

   **Total claim**

   From Part 4 on *Schedule E/F,* copy the following:

   9a. Domestic support obligations. (Copy line 6a.)                                          $0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)                 $0.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)       $0.00

   9d. Student loans. (Copy line 6f.)                                                         $0.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)  + $0.00

   9g. Total. Add lines 9a through 9f.                                                        $0.00

**Fill in this information to identify your case:**

Debtor 1  **Norris** _____ **Matthews**
         First Name  Middle Name  Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number  **6:16-bk-06371-KSJ**
(if known)

☐ Check if this is an amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7                                         12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Hold Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Compass Bank**<br>Description of property securing debt: **2014 Chevrolet Impala (approx. 27000 miles)** | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Florida Central Credit Union**<br>Description of property securing debt: **2015 Chevrolet Corvette (approx. 6800 miles)** | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☒ No<br>☐ Yes |
| Creditor's name: **Nissan Motor Acceptance**<br>Description of property securing debt: **2013 Nissan Rogue (approx. 60000 miles)** | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |

| Debtor 1 | Norris | | Matthews | Case number (if known) | 6:16-bk-06371-KSJ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Santander Consumer USA** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: **2008 Ford F-150 (approx. 100000 miles)** | | |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                                Will this lease be assumed?

None.

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X /s/ Norris Matthews                              X _____
Norris Matthews, Debtor 1                          Signature of Debtor 2

Date  12/02/2016                                   Date  _____
      MM / DD / YYYY                                     MM / DD / YYYY

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| Debtor 1 __Norris_____ __Matthews__<br>First Name  Middle Name  Last Name | ☑ 1. There is no presumption of abuse. |
| Debtor 2 _____<br>(Spouse, if filing) First Name  Middle Name  Last Name | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2). |
| United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA** | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number **6:16-bk-06371-KSJ**<br>(if known) | ☐ Check if this is an amended filing |

Official Form 122A-1

## Chapter 7 Statement of Your Current Monthly Income                                      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

1. What is your marital and filing status? Check one only.

   ☐ Not married. Fill out Column A, lines 2-11.

   ☐ Married and your spouse is filing with you. Fill out both Columns A and B, lines 2-11.

   ☑ Married and your spouse is NOT filing with you. You and your spouse are:

   ☐ Living in the same household and are not legally separated. Fill out both Columns A and B, lines 2-11.

   ☑ Living separately or are legally separated. Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|    |    | Column A<br>Debtor 1 | Column B<br>Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $2,375.86 | _____ |
| 3. | Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | $0.00 | _____ |
| 4. | All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | _____ |

Debtor 1   **Norris**            **Matthews**                    Case number (if known) **6:16-bk-06371-KSJ**
           First Name  Middle Name  Last Name

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|

5. **Net income from operating a business, profession, or farm**

   |  | Debtor 1 | Debtor 2 |
   |---|---|---|
   | Gross receipts (before all deductions) | $0.00 | |
   | Ordinary and necessary operating expenses | − $0.00 | − |
   | Net monthly income from a business, profession, or farm | $0.00 | |

   Copy here → $0.00

6. **Net income from rental and other real property**

   |  | Debtor 1 | Debtor 2 |
   |---|---|---|
   | Gross receipts (before all deductions) | $0.00 | |
   | Ordinary and necessary operating expenses | − $0.00 | − |
   | Net monthly income from rental or other real property | $0.00 | |

   Copy here → $0.00

7. **Interest, dividends, and royalties**  $0.00

8. **Unemployment compensation**  $0.00

   Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ↓

   For you................................................................ $0.00

   For your spouse....................................................... _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.   $0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

    _____

    _____

    Total amounts from separate pages, if any.    + _____   + _____

11. **Calculate your total current monthly income.**
    Add lines 2 through 10 for each column.
    Then add the total for Column A to the total for Column B.

    $2,375.86  +  _____  =  $2,375.86

    Total current monthly income

| Debtor 1 | Norris | | Matthews | Case number (if known) 6:16-bk-06371-KSJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Determine Whether the Means Test Applies to You

12. Calculate your current monthly income for the year. Follow these steps:

    12a. Copy your total current monthly income from line 11..................................................Copy line 11 here → 12a. **$2,375.86**

    Multiply by 12 (the number of months in a year).                                                                   X    12

    12b. The result is your annual income for this part of the form.                                            12b. **$28,510.32**

13. Calculate the median family income that applies to you. Follow these steps:

    Fill in the state in which you live.                    **Florida**

    Fill in the number of people in your household.         **1**

    Fill in the median family income for your state and size of household................................................ 13. **$44,021.00**

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. How do the lines compare?

    14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

    14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _/s/ Norris Matthews_                                                X _____
Norris Matthews, Debtor 1                                              Signature of Debtor 2

Date 12/02/2016                                                        Date _____
    MM / DD / YYYY                                                          MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.